# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DORATELLO "DJ" JUAN FISCHER,<br><br>Defendant. | Case No. CR 21-23-GF-BMM<br><br>ORDER STRIKING THE APPEARANCE OF THE FEDERAL DEFENDER'S OF MONTANA |

Upon consideration of the Motion to Withdraw based on a conflict of interest, submitted by Anthony R. Gallagher, Federal Defender, and Rachel Julagay, Assistant Federal Defender, and having previously determined that the Defendant is financially unable to obtain counsel;

IT IS HEREBY ORDERED that Anthony R. Gallagher, Federal Defender, and Rachel Julagay, Assistant Federal Defender, and the Federal Defenders of Montana, be removed as Counsel of record;

IT IS FURTHER HEREBY ORDERED that the appointing authority for the District of Montana will find counsel from the Criminal Justice Act Panel of this District to represent the Defendant at every stage of the proceedings from the date

1

of appointment through disposition, including ancillary matters appropriate to the proceedings.

DATED this 26th day of April, 2021.

_____
Brian Morris, Chief District Judge
United States District Court