IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DORATELLO "DJ" JUAN FISCHER,<br><br>Defendant. | CR-21-23-GF-BMM<br><br>ORDER |

Defendant Doratello "DJ" Juan Fischer having filed an Unopposed Motion to Release Records (Doc. 47),

IT IS ORDERED United States Probation and Pretrial Services is directed to produce records obtained from Veterans Affairs and Volunteers of America to counsel Defendant Doratello Fischer and the United States Attorneys Office.

Dated this 21st day of March 2022.

_____
Brian Morris, Chief District Judge
United States District Court